UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MARIA ESMERALDA BERNAL CORTEZ,

Petitioner,

v.

TODD BLANCHE, Attorney General,

Respondent.

No. 26-1631

Agency No. A208-467-147

ORDER

Before: S.R. THOMAS, BERZON, and FORREST, Circuit Judges.
Partial Dissent by Judge FORREST.

The motion (Docket Entry No. 16) for summary disposition is denied because the questions raised by this petition are sufficient to warrant full briefing. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion (Docket Entry No. 2) to stay removal is denied. *See Nken v. Holder*, 556 U.S. 418 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).

The opening brief is due October 14, 2026. The answering brief is due November 13, 2026. The optional reply brief is due 21 days after the answering brief is served.

Judge Forrest would grant the motion for summary disposition.